IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:14CR3141 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Antonio Salazar Rocha, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Candice Wooster, as a Criminal Justice Act Training Panel Member, to assist in the defense of Antonio Salazar Rocha.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Candice Wooster is hereby assigned to assist AFPD John C. Vanderslice in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Candice Wooster shall not be eligible to receive compensation for her services in this case.

AFPD John C. VAnderslice shall continue to be primary counsel on behalf of the Defendant, Antonio Salazar Rocha.

Dated: 12/11/2014

BY THE COURT:

s/ Cheryl R. Zwart
_____
United States Magistrate Judge