IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO SALAZAR-ROCHA,<br><br>Defendant. | 4:14CR3141<br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to Dismiss (Filing No. 47). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the Indictment, without prejudice, as it relates to *only* the above-captioned defendant. Accordingly,

**IT IS ORDERED:**

1. The plaintiff's Motion to Dismiss (Filing No. 47) is granted.
2. The Indictment, as to Antonio Salazar-Rocha only, is dismissed without prejudice.

Dated this 12th day of May, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge